```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
COUTINHO & FERROSTAAL, INC.,          :
                                      :
            Plaintiff,                :      09 Civ. 2512 (JSR)
                                      :
      -v-                             :
                                      :                ORDER
M/V GENCO WARRIOR, et al.,            :
                                      :
            Defendants.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

      On June 8, 2009, parties in the above-captioned matter jointly called chambers upon the request of defendant Hyundai Merchant Marine Co. Ltd. ("HMM"), which sought leave to implead a third-party defendant out of time. The Court directed the parties to submit 2-page letter briefs arguing their respective positions. After carefully reviewing the parties' written submissions, the Court hereby grants HMM leave to implead third-party defendant Richardson Stevedoring without prejudice to the plaintiff thereafter moving to dismiss for lack of personal jurisdiction or otherwise.

      SO ORDERED.

                                                      _____
                                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 16, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09